JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYAATA WATKINS, | ) Case No. CV 26-3903 FMO (ASx) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| MERCEDES-BENZ USA LLC, et al., | ) |
| Defendants. | ) |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 22nd day of June 2026.

/s/
Fernando M. Olguin
United States District Judge